RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _15, 01, 09 MJ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

JAR ETHER CARTER  o/b/o                     CIVIL ACTION NO. 07-1731
J. A.C.

VS.                                         JUDGE MELANÇON

MICHAEL J. ASTRUE                           MAGISTRATE JUDGE METHVIN
COMMISSIONER OF SOCIAL SECURITY

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin

for her Report and Recommendation.  After an independent review of the record and

the applicable jurisprudence, and noting the absence of objection, this Court concludes

that the Findings and Recommendation of the magistrate judge are correct and this

Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the

Commissioner's decision is **REVERSED** and that benefits are awarded consistent with an

onset date of January 27, 2004.[1]

Lafayette, Louisiana this 1st day of May, 2009.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

---

[1]     This constitutes a "final judgment" that triggers the filing period for an EAJA fee
application.     Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993);
Freeman v. Shalala, 2 F.3d 552 (5th Cir. 1993).